# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

United States of America
v.
Tony Anthony Brown

Date of Original Judgment:          04/05/1999
Date of Previous Amended Judgment:  07/23/2009
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)

Case No:   5:98-CR-37-1F

USM No:   18001-056

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of _____ months **is reduced to** _____

While the amendment is applicable to the defendant, it does not have the effect of lowering the guideline range
previously established by the court in 2009. The defendant's adjusted offense level remains a 38.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 5, 1999, and July 23, 2009
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   12/11/12

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011